## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYCE KUHAR, Derivatively on Behalf of MAMMOTH ENERGY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTY STRAEHLA, MARK LAYTON, MARC MCCARTHY, PAUL HEERWAGEN, ARTHUR SMITH, MATTHEW ROSS, JAMES PALM AND ARTHUR AMRON <br><br> Defendants, <br><br> -and- <br><br> MAMMOTH ENERGY SERVICES, INC., a Delaware corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civ. Action. CIV-19-817-G |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)

Bryce Kuhar ("Plaintiff"), by and through his attorneys of record, hereby gives notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), he voluntarily dismisses this action, without prejudice, and further states as follows:

WHEREAS, Plaintiff filed his initial complaint on September 5, 2019; and

WHEREAS, Plaintiff is filing this notice of dismissal before any Defendant served an answer or moved for summary judgment; and

1

WHEREAS, Plaintiff intends for this dismissal to be without prejudice; and

WHEREAS Plaintiff has not entered into any agreement with any Defendant concerning the voluntary dismissal of his claims, nor have Plaintiff or his Counsel received any consideration in connection with this dismissal; and

WHEREAS, notice need not be disseminated to the shareholders of Mammoth Energy Services because they will not be bound in any way by the without prejudice dismissal of this Action;

ACCORDINGLY, Plaintiff hereby voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure

October 30, 2019

*/s/ William B. Federman*
William B. Federman, OBA #2853
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
Samir Shukurov
55 Broadway, 10th Floor
New York, NY 10006
T. 212.363.7500
F. 212.363.7171

*Attorneys for Plaintiff Bryce Kuhar*